Esra A. Hudson (SBN 202881)
Stephanie A. Roeser (SBN 306343)
Sarah E. Moses (SBN 291491)
Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

*Attorneys for Movant Blake Lively*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　Movant,<br><br>v.<br><br>SOURCED INTELLIGENCE, LLC,<br><br>　　　　Respondent. | CASE NO.: 2:25-mc-00086<br><br>**[DISCOVERY MATTER]**<br><br>**BLAKE LIVELY'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONDENT TO COMPLY WITH THIRD-PARTY SUBPOENA**<br><br>Date:　　September 12, 2025<br>Time:　　8:30 a.m.<br>Place:　　First Street Courthouse<br>　　　　　350 West 1st Street<br>Courtroom: To be assigned<br><br>Discovery Fact Cut-Off:　　None<br>Final Pretrial Conference:　　None<br>Jury Trial:　　　　　　　　None |

PLEASE TAKE NOTICE that on September 12, 2025, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the First Street Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, in a courtroom to be assigned by the Court, Movant Blake Lively ("Ms. Lively") will move for an order compelling compliance with a subpoena issued to Sourced Intelligence, LLC and to transfer venue to the Southern District of New York pursuant to Fed. R. Civ. P. 45.

This motion is based on this Notice, the Joint Stipulation Regarding Movant's Motion to Compel Discovery, the Declaration of Sarah E. Moses, and all accompanying exhibits, and on such other evidence or argument as may be presented to the Court. This motion is made following the conference of counsel pursuant to L.R. 37-1, which took place on July 8, 2025 and August 7, 2025.

DATED: August 22, 2025                MANATT, PHELPS & PHILLIPS LLP

                             By:   */s/ Esra A. Hudson*
                                   Esra A. Hudson
                                   Stephanie A. Roeser
                                   Sarah E. Moses
                                   *Attorneys for Movant*