1  Esra A. Hudson (SBN 202881)
2  Stephanie A. Roeser (SBN 306343)
3  Sarah E. Moses (SBN 291491)
   Manatt, Phelps & Phillips LLP
4  2049 Century Park East, Suite 1700
   Los Angeles, California 90067
5  (310) 312-4000
6  ehudson@manatt.com
   sroeser@manatt.com
7  smoses@manatt.com

*Attorneys for Movant Blake Lively*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE LIVELY, ) <br> ) <br> Movant, ) <br> ) <br> v. ) <br> ) <br> SOURCED INTELLIGENCE, ) <br> LLC, ) <br> ) <br> Respondent. ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO.: 2:25-mc-00086 <br><br> **[DISCOVERY MATTER]** <br><br> **DECLARATION OF SARAH E. MOSES IN SUPPORT OF BLAKE LIVELY'S MOTION TO COMPEL COMPLIANCE WITH THIRD-PARTY SUBPOENA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45** |

I, Sarah E. Moses, declare as follows:

1. I am an attorney at law licensed to practice in the State of California. I am a partner with the law firm of Manatt, Phelps & Phillips LLP and counsel of record for Movant Blake Lively ("Ms. Lively") in the above-entitled action.

2. I submit this declaration in support of Ms. Lively's Motion to Compel Compliance with Third-Party Subpoena Pursuant to Federal Rule of Civil Procedure 45 (the "Motion").

3. A true and correct copy of the operative complaint (the "Lively Complaint") filed by Ms. Lively in *Lively v. Wayfarer Studios*, *et al.*, 1:24-cv-10049 (S.D.N.Y.) (the "Lively Action") is attached as Exhibit A.

4. A true and correct copy of the subpoena (the "Subpoena") served by Ms. Lively on Sourced Intelligence, LLC ("Sourced Intelligence"), dated June 13, 2025, is attached as Exhibit B.

5. A true and correct copy of the affidavit of service of the Subpoena is attached as Exhibit C.

6. A true and correct copy of Sourced Intelligence's written objections, dated June 27, 2025, is attached as Exhibit D.

7. A true and correct copy of a letter from counsel for Sourced Intelligence, dated June 27, 2025, is attached as Exhibit E.

8. A true and correct copy of Ms. Lively and Sourced Intelligence's conferral correspondence is attached as Exhibit F.

9. A true and correct copy of the Amended Case Management Order in the Lively Action, dated July 15, 2025, is attached as Exhibit G.

10. A true and correct copy of the transcript from a June 24, 2025 hearing in the Lively Action, is attached as Exhibit H.

11. The Wayfarer Parties have not produced any documents or communications between the Wayfarer Parties or Liner Friedman Taitelman &

Cooley, LLP, on the one hand, and Sourced Intelligence, on the other, in the Lively Action.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California, on August 13, 2025.

                                  */s/ Sarah E. Moses*
                                  Sarah E. Moses