# EXHIBIT C

UNITED STATED DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Blake Lively**
                    *Plaintiff(s)*

                    VS.                    Case No: 1:24-cv-10049

**Wayfarer Studios LLC, et al.**
                    *Defendant(s)*

### AFFIDAVIT OF SERVICE

I, Dean DeVito, a Private Process Server, affirm and say:

That I have been duly authorized to make service of the Subpoena Duces Tecum with Attachment A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/13/2025 at 04:05 PM, I served Sourced Intelligence, LLC c/o LegalZoom.com, Inc., Registered Agent at 500 North Brand Boulevard, Suite 890, Glendale, California 91203 with the Subpoena Duces Tecum with Attachment A by serving Angelica Ramirez, Intake Specialist, authorized to accept service on behalf of LegalZoom.com, Inc.

Angelica Ramirez is described herein as:

Gender: Female      Ethnicity: Hispanic      Age: 34      Weight: 135      Height: 5'4"

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 06/16/2025

*Dean DeVito, Registered Process Server*
*Los Angeles County, #2023134466*

*Client Ref Number:*
*Job #:13519099*