# EXHIBIT F

| | |
|---|---|
| **From:** | Amir Kaltgrad |
| **To:** | Moses, Sarah; Kim Zeldin |
| **Cc:** | Hudson, Esra; Gottlieb, Michael; Meryl Governski; Bender, Kristin; Nathan, Aaron E.; Roeser, Stephanie; Bruno, Matthew; Ellyn Garofalo; Bryan Freedman; Theresa Troupson |
| **Subject:** | RE: Blake Lively, et al. v. Wayfarer Studios LLC, et al. (S.D.N.Y. Civil Action No. 1:24-cv-10049) |
| **Date:** | Friday, August 8, 2025 7:31:55 PM |
| **Attachments:** | image001.png |

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Sarah,

Thank you for your email. We disagree with your position. We are amenable to working with you on a briefing schedule.

Amir Kaltgrad
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

**************************************************************************************************************

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Please consider the environment before printing this email and/or any attachments.

**From:** Moses, Sarah <SMoses@manatt.com>
**Sent:** Friday, August 8, 2025 10:10 AM
**To:** Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Gottlieb, Michael <mgottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>

**Subject:** RE: Blake Lively, et al. v. Wayfarer Studios LLC, et al. (S.D.N.Y. Civil Action No. 1:24-cv-10049)

Amir,

Thanks for the call yesterday. As promised, attached is the transcript reflecting the Court's order on the relevance of documents created post-December 2024 in connection with the subpoenas issued to Ms. Case and Ms. Koslow. In light of this ruling, and the appropriate time period and ongoing nature of Ms. Lively's allegations (as recognized at ECF No. 355), it is simply not tenable for Sourced Intelligence to refuse to respond to the subpoena at all on relevance grounds. Nor, for that matter, has relevance previously been in question—as demonstrated in Ms. Zeldin's June 27, 2025 letter objecting to the subpoena, where relevance was not questioned or discussed at all.

You and Ms. Zeldin have represented that Sourced Intelligence has solely provided "background reports" to Liner, but given its advertised services, the term "background report" could cover a host of highly relevant matters. Specifically, we note that Sourced Intelligence advertises itself as an expert in "reputation management," which includes a particular specialty in "digital erasure," including but not limited to wiping metadata and official documents from online repositories. Sourced Intelligence also has expertise in "scan[ning] all corners of the web, providing a tailored action plan to mitigate critical vulnerability and exposures discovered," as well as "scan[ning] the furthest reaches of the Internet including the deep + dark web allowing [clients] to stay one step ahead of [their] adversaries." All of this is publicly available on Sourced Intelligence's website: https://sourcedintelligence.com/solutions/. Thus, if the "background reports" that Sourced Intelligence provided to Liner (on any of the Wayfarer Parties' behalf) touch on these subjects as it relates to Ms. Lively, the Film or any of the allegations in this Lawsuit, it would be of significant interest to us to understand more about them.

For this same reason, and others, Sourced Intelligence cannot refuse to provide a privilege log as to the documents it admits exist and is withholding. If, as you and Ms. Zeldin have represented, Sourced Intelligence solely provided background reports to Liner in January 2025, and completed no other work for any of the Wayfarer Parties or Liner related to Ms. Lively, the Film, or this Lawsuit at other any time, then Sourced Intelligence should be able to provide a privilege log without any risk of undue burden. And, as discussed, to the extent your firm claims that Sourced Intelligence's invoices contain privileged and/or protected information, the invoices must still be produced, and any redacted information logged. To that end, you promised to review the invoices and let us know whether redactions would sufficiently protect any allegedly privileged information.

In sum, please confirm whether, at minimum, Sourced Intelligence will provide its invoices (redacted or not), and a privilege log for all communications between Sourced Intelligence, on the one hand, and your firm/the Wayfarer Parties and any third parties, on the other. This will at least allow us to assess the veracity of your claims regarding the relationship between Sourced Intelligence and the Wayfarer Parties, at which point we can determine whether motion practice will be necessary.

**Sarah Moses**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4128 **F** (310) 312-4224
SMoses@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Amir Kaltgrad <akaltgrad@lftcllp.com>
**Sent:** Monday, August 4, 2025 5:54 PM
**To:** Moses, Sarah <SMoses@manatt.com>; Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Gottlieb, Michael <mgottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>
**Subject:** RE: Blake Lively, et al. v. Wayfarer Studios LLC, et al. (S.D.N.Y. Civil Action No. 1:24-cv-10049)

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Thursday between 11 am and 3 pm Pacific Time

**From:** Moses, Sarah <SMoses@manatt.com>
**Sent:** Monday, August 4, 2025 12:41 PM
**To:** Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Gottlieb, Michael <mgottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>
**Subject:** RE: Blake Lively, et al. v. Wayfarer Studios LLC, et al. (S.D.N.Y. Civil Action No. 1:24-cv-10049) [IMAN-MATTERS.FID37300]

Amir,

What is your availability on Wednesday or Thursday to discuss?

**Sarah Moses**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4128 **F** (310) 312-4224
SMoses@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Amir Kaltgrad <akaltgrad@lftcllp.com>
**Sent:** Thursday, July 31, 2025 6:31 PM

**To:** Moses, Sarah <SMoses@manatt.com>; Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Gottlieb, Michael <mgottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>
**Subject:** RE: Blake Lively, et al. v. Wayfarer Studios LLC, et al. (S.D.N.Y. Civil Action No. 1:24-cv-10049) [IMAN-MATTERS.FID37300]

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Sarah,

This email responds to your July 10, 2025 email below.

1. As we previously noted, no retainer/engagement/terms of service agreement exists with respect to Sourced Intelligence's services relating to this litigation. The cases you cite relate to retainer agreements, not communications.
2. We disagree that Sourced Intelligence is required to produce any invoices. The amount of money paid to an investigative consultant has no relevance to any of Lively's claims or the Wayfarer defenses. Moreover, Sourced Intelligence is not a client, but a consultant providing services where invoices may reflect protected work product. *See Clarke v. Am. Com. Nat. Bank*, 974 F.2d 127, 130 (9th Cir. 1992) (finding billing statements were not privileged because they did not "reveal[] specific research or litigation strategy which would be entitled to protection from disclosure."). Unlike *Clarke*, invoices from an investigative consultant such as Sourced Intelligence may reveal specific research or litigation strategy and are thus protected from disclosure.
3. Sourced Intelligence communicated only with LFTC about Ms. Lively, Mr. Reynolds, the Lively/Reynolds Companies, the Film, or the Consolidated Action (RFP Nos. 7-8). As we have previously stated, Sourced intelligence did not provide the kind of services that would be part of any "Digital Campaign" as defined by Ms. Lively's subpoena.
4. We stand by our position set forth in our June 27, 2025 letter that Sourced Intelligence need not prepare a privilege log for communications or documents prepared after the commencement of litigation.

Amir Kaltgrad
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*

******************************************************************************************************

*********

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

 Please consider the environment before printing this email and/or any attachments.

---

**From:** Moses, Sarah <SMoses@manatt.com>
**Sent:** Thursday, July 31, 2025 5:31 PM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Gottlieb, Michael <mgottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>
**Subject:** RE: Blake Lively, et al. v. Wayfarer Studios LLC, et al. (S.D.N.Y. Civil Action No. 1:24-cv-10049) [IMAN-MATTERS.FID37300]

Amir,

I have heard nothing on the below. Can you please let me know when we can expect a substantive response?

**Sarah Moses**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4128 **F** (310) 312-4224
SMoses@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Friday, July 25, 2025 7:57 PM
**To:** Moses, Sarah <SMoses@manatt.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Gottlieb, Michael <mgottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Amir Kaltgrad

<akaltgrad@lftcllp.com>
**Subject:** RE: Blake Lively, et al. v. Wayfarer Studios LLC, et al. (S.D.N.Y. Civil Action No. 1:24-cv-10049) [IMAN-MATTERS.FID37300]

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Sarah,

Thanks for your email. I have been busy with another matter and my colleague Amir Kaltgrad who is copied here will be responding early next week.

Kim

---

**From:** Moses, Sarah <SMoses@manatt.com>
**Sent:** Friday, July 25, 2025 7:18 PM
**To:** Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Gottlieb, Michael <mgottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>
**Subject:** RE: Blake Lively, et al. v. Wayfarer Studios LLC, et al. (S.D.N.Y. Civil Action No. 1:24-cv-10049) [IMAN-MATTERS.FID37300]

Hi Kim,

I have not heard back on the below. Can you please provide an update as soon as possible?

Thank you.

**Sarah Moses**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4128 **F** (310) 312-4224
SMoses@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Tuesday, July 15, 2025 3:01 PM
**To:** Moses, Sarah <SMoses@manatt.com>

**Cc:** Hudson, Esra <EHudson@manatt.com>; Gottlieb, Michael <mgottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>
**Subject:** RE: Blake Lively, et al. v. Wayfarer Studios LLC, et al. (S.D.N.Y. Civil Action No. 1:24-cv-10049) [IMAN-MATTERS.FID37300]

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Sarah, I'm out of pocket this week with another matter. I'll get back to you early next week. If we can't resolve the dispute by the end of next week, we can discuss a briefing schedule for the Joint Stipulation.

Kim

---

**From:** Moses, Sarah <SMoses@manatt.com>
**Sent:** Thursday, July 10, 2025 1:54 PM
**To:** Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Gottlieb, Michael <mgottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>
**Subject:** RE: Blake Lively, et al. v. Wayfarer Studios LLC, et al. (S.D.N.Y. Civil Action No. 1:24-cv-10049)

I have written down in my notes that you would be able to provide a form of privilege log, but in any event, let us know what information Sourced Intelligence is willing to share.

**Sarah Moses**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4128 **F** (310) 312-4224
SMoses@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Thursday, July 10, 2025 12:32 PM
**To:** Moses, Sarah <SMoses@manatt.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Gottlieb, Michael <mgottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>

**Subject:** RE: Blake Lively, et al. v. Wayfarer Studios LLC, et al. (S.D.N.Y. Civil Action No. 1:24-cv-10049)

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Sarah,

I will respond to your email in due course.

Please note that I said I would think about whether there is some type of privilege log I could provide and would discuss that with the client and my team. I will do so and get back to you.

Kim

---

**From:** Moses, Sarah <SMoses@manatt.com>
**Sent:** Thursday, July 10, 2025 9:29 AM
**To:** Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Gottlieb, Michael <mgottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>
**Subject:** RE: Blake Lively, et al. v. Wayfarer Studios LLC, et al. (S.D.N.Y. Civil Action No. 1:24-cv-10049)

Kim,

Thanks for the call on Tuesday. While we appreciate your efforts to provide context about the relationship between Sourced Intelligence and the Wayfarer Parties, Sourced Intelligence's refusal to provide **any** underlying documentation leaves us with little comfort as to the veracity of your representations.

In your June 27, 2025 letter (the "Letter"), and on our meet and confer call, you represented, variously, that (1) the Wayfarer Parties first engaged Sourced Intelligence in late December 2024, after Ms. Lively filed her CRD Complaint; (2) Liner Freedman Taitelman + Cooley LLP ("LFTC") retained Sourced Intelligence on behalf of Wayfarer Studios, LLC and Mr. Baldoni, and all communications with Sourced Intelligence went through Mr. Freedman; (3) Jed Wallace and Street Media did not work with Sourced Intelligence in connection with any matters related to Ms. Lively, Mr. Reynolds, the Lively/Reynolds Companies, the Film, the Digital Campaign, any Wayfarer Defendant, or the Consolidated Action (as those terms are defined in the subpoena); and (4) Sourced Intelligence only ran "background reports" in connection with this litigation, and did not participate in any way in the Digital Media Campaign (although I note that Sourced Intelligence objected to the term "Digital Campaign" as overbroad in its subpoena response, which raises questions in its own right). You provided no support for these representations, however, and even if they are true, Sourced Intelligence still must produce many of the documents requested.

**First**, Sourced Intelligence must produce any written correspondence memorializing the terms of its engagement with any of the Wayfarer Parties. In the Letter, you represented that there are no documents responsive to RFP Nos. 9 & 10, which seek such documents, going on to state that "there is no written

engagement letter regarding LFTC's retention of Sourced Intelligence in connection with the Wayfarer/Lively litigation." (Letter p. 3.) But RFP Nos. 9 & 10 seek documents that go beyond "written engagement letters," and include all "promises otherwise memorialized." This would include emails or texts messages showing when LFTC engaged Sourced Intelligence, the type of services Sourced Intelligence was hired to perform, and the amount of money Sourced Intelligence was to be paid, among other non-privileged or protected terms. See *Zuehlsdorf v. FCA US LLC*, 2020 WL 8575138, at *3 (C.D. Cal. Dec. 15, 2020) (quoting *Hoot Winc, LLC v. RSM McGladrey Fin. Process Outsourcing, LLC*, 2009 WL 3857425, at *1–2 (S.D. Cal. Nov. 16, 2009)) ("The Ninth Circuit has repeatedly held retainer agreements are not protected by the attorney-client privilege or work product doctrine") (granting Defendant's motion to compel compliance with an RFP that requested Plaintiff's retainer and fee agreements with his counsel); *Physicians Healthsource, Inc. v. Masimo Corp., et al.*, 2019 WL 8755114, at *2 (C.D. Cal. July 30, 2019) (citing *Ralls v. United States*, 52 F.3d 223, 225 (9th Cir. 1995) (compelling compliance with RFPs seeking retainer and fee agreements because they are "not protected by the attorney-client privilege or work product doctrine").

**Second**, Sourced Intelligence must produce invoices reflecting factual information about the services it performed for the Wayfarer Parties. Yet, Sourced Intelligence refuses to produce any invoices that might confirm your representations regarding the timing or scope of the services performed (*see* RFP No. 4), claiming that the invoices are also privileged and protected. They are not. See *Clarke v. American Commerce National Bank*, 974 F.2d 127, 130 (9th Cir. 1992) (finding that billing statements containing the client's identity, the case name, the fee amount, and the general nature of the services performed were not protected by the attorney-client privilege); *In re Osterhoudt*, 722 F.2d 591, 594 (9th Cir. 1983) (holding that revealing the amounts and dates of payments to attorney would not disclose confidential communications, and therefore the information was not protected by the attorney-client privilege); *Solis v. Best Miracle Corp.*, 2011 WL 13187251, at *1–2 (C.D. Cal. Mar. 15, 2011) ("dates, amounts, and source of payments received by a law firm from a client" are not protected by the attorney-client privilege).

**Third**, Sourced Intelligence must produce documents sufficient to show who Sourced Intelligence communicated with about Ms. Lively, Mr. Reynolds, the Lively/Reynolds Companies, the Film, the Digital Campaign, or the Consolidated Action (RFP Nos. 7-8), and documents and communications about these topics. (RFP No. 2.) These requests are not limited to communications with the Wayfarer Parties or LFTC, and Sourced Intelligence has not provided with any basis to conclude that they are privilege or protected.

**Finally**, your letter asserts that Sourced Intelligence need not provide a complete privilege log because it would risk disclosing privileged information about the individuals and entities LFTC chose to investigate, and that all of the responsive documents are dated after the commencement of the litigation regardless. (Letter p. 4.) These arguments are hopelessly circular, to the extent they are supported at all.

Taken together, Sourced Intelligence is, in effect, asking Ms. Lively to "take its word" that the engagement is exactly as they represent it to be. For obvious reasons, we cannot do that. We would nevertheless like to explore the possibility of resolving these disagreements without judicial intervention. On our call, you offered to provide a form of a privilege log identifying the dates the background reports were created and a basic description of the same. Please send that over to us as soon as possible so that we may assess Sourced Intelligence's claims of privilege and protection.

**Sarah Moses**
Partner

**Manatt, Phelps & Phillips,** LLP

2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4128 **F** (310) 312-4224
SMoses@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Rose Khatchikian <rkhatchikian@lftcllp.com>
**Sent:** Friday, June 27, 2025 6:54 PM
**To:** Gottlieb, Michael <MGottlieb@willkie.com>; Bender, Kristin <KBender@willkie.com>
**Cc:** Kim Zeldin <kzeldin@lftcllp.com>
**Subject:** Blake Lively, et al. v. Wayfarer Studios LLC, et al. (S.D.N.Y. Civil Action No. 1:24-cv-10049)

**\*\*\* EXTERNAL EMAIL \*\*\***

Dear Counsel,

Please see the attached correspondence.

Thank you,

Rose Khatchikian
**LINER FREEDMAN TAITELMAN + COOLEY, LLP**

1801 Century Park West, 5th Floor
Los Angeles, CA  90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Mobile Phone: (818) 740-8174

Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from the new domain are not spam.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.