LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (SBN 151990)
  bfreedman@lftcllp.com
Ellyn S. Garofalo (SBN 158795)
  egarofalo@lftcllp.com
Amir Kaltgrad (SBN 252399)
  akaltgrad@lftcllp.com
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

*Attorneys for Respondent Sourced Intelligence, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE LIVELY,<br><br>                Movant,<br><br>v.<br><br>SOURCED INTELLIGENCE, LLC,<br><br>                Respondent. | Case No.: 2:25-mc-00086<br><br>**DECLARATION OF ALEXANDER FEIL**<br><br>Date:     September 12, 2025<br>Time:    8:30 a.m.<br>Place:    First Street Courthouse<br>             350 West 1st Street<br>Courtroom: To be assigned |

445509.1

**DECLARATION OF ALEXANDER FEIL**

I, ALEXANDER FEIL Declare:

1. I am the founding partner of Sourced Intelligence, LLC. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. In late December 2024, Sourced Intelligence was engaged by Liner Freedman Taitelman + Cooley LLP ("LFTC") on behalf of Wayfarer Studios, LLC and Justin Baldoni ("Wayfarer") in connection with a lawsuit filed by Blake Lively against Wayfarer (the "Action"). There was no written engagement agreement prepared for this engagement.

3. I reviewed the subpoena attached as Exhibit B to the Declaration of Sarah Moses when I received it and search for responsive documents.

4. All communications responsive to the subpoena were with personnel working for LFTC only.

5. As part of our engagement, Sourced Intelligence was asked to perform investigative services regarding certain persons or companies I understood to be connected to the Action.

6. At the direction of LFTC, Sourced Intelligence prepared investigative background reports and provided those reports to LFTC.

7. LFTC did not direct, and Sourced Intelligence did not perform, any services related to "social media monitoring", "influence operations", "digital erasure", or "web monitoring."

8. Sourced Intelligence did not perform any services connected to any Digital Campaign as defined by the subpoena.

9. All services performed by Sourced Intelligence were performed at the direction of LFTC in connection with the Action.

1
2      I declare under penalty of perjury that the foregoing is true and correct to
3  the best of my knowledge and belief.
4      Executed this 20th day of August, 2025 at Austin, Texas.
5
6                                                         Alexander Feil
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
DECLARATION OF ALEXANDER FEIL

445509.1