Esra A. Hudson (SBN 202881)
Stephanie A. Roeser (SBN 306343)
Sarah E. Moses (SBN 291491)
Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

*Attorneys for Movant Blake Lively*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| BLAKE LIVELY, | ) | CASE NO.: 2:25-mc-00086 |
|---|---|---|
| Movant, | ) | |
| | ) | **[DISCOVERY MATTER]** |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| SOURCED INTELLIGENCE, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

# CERTIFICATE OF SERVICE

I, Katelyn Climaco, do hereby certify that I am at least 18 years of age and that on this 22nd day of August 2025, I caused a copy of the following documents:

1. Notice of Motion and Motion to Compel
2. Joint Stipulation Pursuant to Local Rules 37 and 45
3. Declaration of Sarah E. Moses with Exhibits A through H
4. Declaration of Alexander Feil

to be served upon the following counsel for the parties via email:

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman
Ellyn S. Garofalo
Amir Kaltgrad
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
aklatgrad@lftcllp.com

*Attorneys for Respondent*
*Sourced Intelligence, LLC*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Date: August 22, 2025

/s/ *Katelyn A. Climaco*
Katelyn A. Climaco