# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-mc-00086-FLA-AJR | Date | August 28, 2025 |
|---|---|---|---|
| Title | Blake Lively v. Sourced Intelligence, LLC | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge | |
|---|---|---|
| Claudia Garcia-Marquez | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | | Attorneys for Defendant(s): |
| N/A | | N/A |

**Proceedings (In Chambers):** ORDER SCHEDULING INFORMAL DISCOVERY CONFERENCE BY VIDEO

On August 22, 2025, Movant Blake Lively ("Movant") filed a Motion to Compel Respondent to Comply with Third-Party Subpoena (the "Motion) seeking to compel Respondent Sourced Intelligence, LLC ("Respondent") to comply with a subpoena arising out of civil litigation currently pending in the U.S. District Court for the Southern District of New York, Case No. CV 24-10049-LJL. (Dkt. 1.) The Motion was originally noticed for September 12, 2025, before any judge was assigned to the action. (Id. at 2.) On August 27, 2025, the action was assigned to U.S. District Judge Fernando L. Aenlle-Rocha and the undersigned U.S. Magistrate Judge. (Dkt. 2.) Pursuant to the Notice of Assignment and Central District General Order No. 05-07, discovery-related motions such as the instant Motion are referred to the assigned U.S. Magistrate Judge. (Id.)

In an effort to address this dispute in the most efficient manner possible, the Court schedules an informal discovery conference by video for **Tuesday, September 2, 2025 at 1:30 p.m.**[1] The Courtroom Deputy Clerk will email a link to the parties to join the videoconference. The purpose of the informal discovery conference is to discuss the dispute, the parties' respective positions, and possible next steps to resolve the dispute.

IT IS SO ORDERED.

---

[1] If this date and time are inconvenient, the parties can meet and confer and propose some alternative dates and times to the Court by email (AJR_Chambers@cacd.uscourts.gov).