1  Esra A. Hudson (SBN 202881)
2  Stephanie A. Roeser (SBN 306343)
   Sarah E. Moses (SBN 291491)
3  Manatt, Phelps & Phillips LLP
   2049 Century Park East, Suite 1700
4  Los Angeles, California 90067
5  (310) 312-4000
   ehudson@manatt.com
6  sroeser@manatt.com
7  smoses@manatt.com

8  *Attorneys for Movant Blake Lively*

9

10              UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
11

12  BLAKE LIVELY,                    )   CASE NO.: 2:25-mc-00086-FLA-AJR
13                                   )
                 Movant,            )   **[DISCOVERY MATTER]**
14                                   )
    v.                               )
15                                   )   **BLAKE LIVELY'S**
    SOURCED INTELLIGENCE,            )   **SUPPLEMENTAL**
16  LLC,                             )   **MEMORANDUM OF LAW IN**
                                     )   **SUPPORT OF MOTION TO**
17               Respondent.        )   **COMPEL COMPLIANCE WITH**
                                     )   **SUBPOENA PURSUANT TO FED.**
18                                   )   **R. CIV. P. 45**
                                     )
19                                   )   Action Filed: August 22, 2025
20                                   )
                                     )
21                                   )   Underlying Action: United States
                                     )   District Court for the Southern District
22                                   )   of New York, No. 24-cv-10049
                                     )
23                                   )
24  _____  )

25

26

27

28

Pursuant to Local Civil Rule 37-2.3, Movant Blake Lively respectfully submits this supplemental memorandum to alert the Court to a discovery order ("Discovery Order") issued by the United States District Court for the Southern District of New York in the underlying action, *Lively v. Wayfarer Studios LLC et al.*, 24-CV-10049 (the "Action"), on August 27, 2025, which rejects many of the same arguments Sourced Intelligence advances here in opposition to Ms. Lively's motion to compel. A copy of the Order is attached hereto as Exhibit A.

As set forth in the Joint Stipulation in support of Ms. Lively's motion to compel, Sourced Intelligence has refused to produce ***any*** documents in response to Ms. Lively's subpoena on the grounds that all potentially responsive documents in its possession were created after Ms. Lively initiated the Action in December 2024 and are therefore irrelevant, privileged, and/or reflect attorney work product. *See* ECF No. 1-1, at 9, 10-11, 14, 19. Sourced Intelligence further asserts that it has no obligation to produce a privilege log. *See id.* at 21-23.

The Discovery Order squarely rejects these positions. In granting in part Ms. Lively's motion to compel against the Wayfarer Parties,[1] the SDNY Court held that documents created after December 2024 are relevant to the Action. *See* Ex. A, at 5-12. The SDNY Court also rejected the Wayfarer Parties' blanket invocation of privilege and directed them to prepare a privilege log. *See id.* at 12. And the SDNY Court ordered the Wayfarer Parties to produce responsive communications that their agents, including their counsel, made on their behalf. *Id.* at 13-14.

The Discovery Order is directly relevant to the issues pending before this Court. The same counsel who represents the Wayfarer Parties in the Action also represents Sourced Intelligence in connection with this enforcement action. The arguments advanced here – that post-December 2024 documents are *per se* irrelevant

---

[1] The Wayfarer Parties are Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.

BLAKE LIVELY'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA PURSUANT TO FED. R. CIV. P. 45

and/or privileged and that no privilege log is required – are the same arguments that the SDNY Court has now rejected and should therefore not be credited in this action.

Accordingly, should this Court decline to transfer this action to the Southern District of New York, Sourced Intelligence should be required to fully comply with the subpoena and, to the extent it asserts any valid claim of privilege or work product protection, to produce a corresponding privilege log.

Respectfully submitted,

Dated: August 29, 2025                MANATT, PHELPS & PHILLIPS, LLP


/s/ Esra A. Hudson
Esra A. Hudson
Stephanie A. Roeser
Sarah E. Moses
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

*Attorneys for Movant Blake Lively*

BLAKE LIVELY'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA PURSUANT TO FED. R. CIV. P. 45