Esra A. Hudson (SBN 202881)
Stephanie A. Roeser (SBN 306343)
Sarah E. Moses (SBN 291491)
Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

*Attorneys for Movant Blake Lively*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE LIVELY, ) <br> ) <br> Movant, ) <br> ) <br> v. ) <br> ) <br> SOURCED INTELLIGENCE, ) <br> LLC, ) <br> ) <br> Respondent. ) | CASE NO.: 2:25-mc-00086-FLA-AJR <br><br> **[DISCOVERY MATTER]** <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Katelyn Climaco, do hereby certify that I am at least 18 years of age and that on this 29th day of August 2025, I caused a copy of the following documents:

**BLAKE LIVELY'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA PURSUANT TO FED. R. CIV. P. 45 and EXHIBIT A**

to be served upon the following counsel for the parties via email:

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman
Ellyn S. Garofalo
Amir Kaltgrad
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
aklatgrad@lftcllp.com

*Attorneys for Respondent*
*Sourced Intelligence, LLC*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Date: August 29, 2025          */s/ Katelyn A. Climaco*
                               Katelyn A. Climaco