# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-mc-00086-FLA-AJR | Date | September 3, 2025 |
|---|---|---|---|
| Title | Blake Lively v. Sourced Intelligence, LLC | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge | |
|---|---|---|
| Claudia Garcia-Marquez | | CS 9/02/2025 |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | | Attorneys for Defendant(s): |
| Sarah Emily Moses | | Amir Kaltgrad |

**Proceedings:**   MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE

On September 2, 2025, the Court held an informal discovery conference to discuss Movant Blake Lively's Motion to Compel (the "Motion to Compel") Respondent Sourced Intelligence, LLC to comply with a subpoena. (Dkt. 1.) The Court heard oral argument from the parties on the Motion to Compel and then took the motion under submission. The Court advised the parties that a ruling would be forthcoming shortly.

IT IS SO ORDERED.

<u>00:25</u>